**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **Arlene Otis** | `FILED: JULY 17, 2008` |
|  | `08CV4052` |
| v. | `JUDGE ASPEN` |
| **City of Chicago** | `MAGISTRATE JUDGE VALDEZ` |
|  | `AEE` |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**City of Chicago**

| |
|---|
| NAME (Type or print) |
| **Liza M. Franklin** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ **Liza M. Franklin** |
| FIRM |
| **Corporation Counsel's Office** |
| STREET ADDRESS |
| **30 N. La Salle St., Suite 1400** |
| CITY/STATE/ZIP |
| **Chicago, IL 60602** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **06216088** | **312-742-0170** |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ■ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐