IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARLENE OTIS, | ) | |
| | ) | **No. 08 C 4052** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE ASPEN |
| | ) | |
| CITY OF CHICAGO, A MUNICIPAL CORPORATION, | ) ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, City of Chicago ("City"), by Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully move for an extension of time to September 5, 2008 to answer or otherwise plead in response to Plaintiff's complaint. In support of this motion, Defendant states the following:

1. Plaintiff filed her original Complaint in the Circuit Court of Cook County, Law Division, for the case *Arlene Otis v. City of Chicago*, case number 08 L 001057, on January 31, 2008. Plaintiff filed her Amended Complaint at Law on May 8, 2008.

2. The abovementioned case was removed to the United States District Court for the Northern District of Illinois on July 17, 2008.

3. Undersigned counsel was assigned to this case on or about August 1, 2008, the first opportunity that undersigned counsel had to review Plaintiff's Complaint.

4. Undersigned counsel is in the process of reviewing Plaintiff's Complaint and gathering documents responsive to the Complaint.

5. This motion is Defendant's first request for an extension of time to answer or

otherwise plead.  This request is made not to delay the proceedings but rather to allow Defendant to respond properly to the allegations in Plaintiff's Complaint.

WHEREFORE, Defendants City of Chicago respectfully requests that it be given an extension of time to September 5, 2008 to answer or otherwise plead in response to Plaintiff's Amended Complaint at Law; and for any other relief that this Honorable Court deems proper.

                                              Respectfully submitted,

                                              MARA S. GEORGES,
                                              CORPORATION COUNSEL
                                              CITY OF CHICAGO

By:    */s/ Kathleen D. Manion*
        KATHLEEN D. MANION
        Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-9866 Office
Attorney No.  6286785