IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARLENE OTIS, | ) | |
| Plaintiff, | ) | **No. 08 C 4052** |
| v. | ) | |
| | ) | JUDGE ASPEN |
| CITY OF CHICAGO, A MUNICIPAL CORPORATION, | ) ) | Magistrate Judge Valdez |
| Defendant. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Arlene Otis
      7515 S. Langley
      Chicago, Illinois  60619

**PLEASE TAKE NOTICE** that on this 6th day of August 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Aspen, or before such other judge sitting in his place, on the 14th day of August 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

I hereby certify that I have served this notice and the attached document by causing it to be delivered by certified mail to the person named above at the address shown this 6th day of August 2008.

                                        MARA S. GEORGES,
                                        CORPORATION COUNSEL
                                        CITY OF CHICAGO

                        By:   /s/ Kathleen D. Manion
                                        KATHLEEN D. MANION
                                        Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-9866 Office
Attorney No.  6286785