# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of Arlene Otis v. Richard A. Devine. | Case Number: 08 CV 4052 |
| Judge: Marvin E. Aspen | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RICHARD A. DEVINE.

SIGNATURE /s/ Ronald Weidhuner 6194834

FIRM COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS 500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER (312) 603-5527

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐