IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARLENE OTIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.   08 CV 4052 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Marvin E. Aspen |
| CITY OF CHICAGO and RICHARD A. DEVINE, | ) | |
| STATES ATTORNEY in his Individual and | ) | |
| Official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES Defendant RICHARD A. DEVINE, States Attorney of Cook County, by his attorney Assistant States Attorney, RONALD WEIDHUNER, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. Assistant State's Attorney Ronald Weidhuner was assigned this case in state court under case number 08 L 1057.

2. On June 24, 2008 defendant Devine's Motion to Dismiss was filed.

3. On July 1, 2008, the Honorable Elizabeth M. Budzinski continued the Motion to July 30, 2008.

4. On July 17, 2008 the City of Chicago, removed this case to the United States District Court for the Northern District of Illinois Eastern Division.

5. The Plaintiff alleges malicious prosecution and a state based claim of failure to pay a witness

fee.

6. On July 30, 2008, this Assistant State's Attorney appeared before Judge Budzinski and was told the case was not on the call and was removed to Federal Court.

7. A check on the Clerk's computer showed the case was up on August 13, 2008 for status.

8. Upon arriving in Court the Case was on the call and the defendants were told it was removed to Federal Court.

**WHEREFORE YOUR DEFENDANT PRAYS:**

1. That this Honorable Court grant an enlargement of time, up to and including September 5, 2008, for the Defendant to answer or otherwise plead;

2. That this Honorable Court grants any other relief it deems just.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/ Ronald Weidhuner
Ronald Weidhuner
Torts/Civil Rights Litigation Section
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-5527
# 6194834

Case 1:08-cv-04052　　Document 11　　Filed 08/18/2008　　Page 3 of 3