IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARLENE OTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.   08 CV 4052 |
| ) | |
| v. ) | Honorable Judge |
| ) | Marvin E. Aspen |
| CITY OF CHICAGO and RICHARD A. DEVINE, ) | |
| STATES ATTORNEY in his Individual and ) | |
| Official capacity, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

**To:**   Arlene Otis
7515 South Langley Avenue
Chicago, Illinois 60619

Liza Marie Franklin                                   Kathleen Dolores Mannion
City of Chicago, Department of Law     City of Chicago, Department of Law
30 North LaSalle Street                           30 North LaSalle Street
Suite 1400                                                 Suite 1020
Chicago, Illinois 60602                            Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on August 26, 2008 at 10:30 a.m., I shall appear before the Honorable Marvin E. Aspen in the courtroom usually occupied by him in Room 2568 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion for Enlargement of Time.

RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/ Ronald Weidhuner
        RONALD WEIDHUNER
        Torts/Civil Rights Litigation Section
        500 Richard J. Daley Center
        Chicago, Il 60602
        (312) 603-5527
        # 6194834

CERTIFICATE OF SERVICE

    I, Ronald Weidhuner, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on August 18, 2008, by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and E-Filing.

    /s/ Ronald Weidhuner 6194834