**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Arlene Otis
                    Plaintiff,

v.                                              Case No.: 1:08−cv−04052
                                                Honorable Marvin E. Aspen

City Of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 8/25/08:Plaintiff is to respond to defendant City of Chicago's motion to dismiss [13] on or before 9/10/2008. Defendant is to reply by 9/19/2008. The status hearing set for 9/18/08 is stricken. Ruling is set for 10/23/08 at 10:30 a.m. The motion hearing set for 8/26/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.